IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

IN RE:

CYNTHIA M. PICKETT           CASE NO.: 15-83048-CRJ-13
SSN: xxx-xx-5810

                                     CHAPTER 13

    Debtor.

## ORDER MODIFYING CHAPTER 13 PLAN
## AND EXTENDING PLAN TERM TWELVE ADDITIONAL MONTHS

This case came before the Court on June 3, 2019 upon the DEBTOR'S MOTION TO MODIFY CHAPTER 13 PLAN. At the hearing the parties announced an agreement had been reached, and based upon the agreement of the parties it is therefore

ORDERED, ADJUDGED, and DECREED that the Motion is APPROVED as follows:

1. The Chapter 13 Plan Payments shall be reduced to the sum of $838.00 per month for the remaining term of the Chapter 13 Plan, commencing June 2019.

2. The Chapter 13 plan term is extended twelve additional months. The Trustee is authorized to adjust fixed payments as necessary.

3. Beginning June 2019, the Debtor shall be placed on a three (3) month monitoring period, time being of the essence, wherein if plan payments are not made within the month in which they are due, the Trustee may obtain an order of dismissal without further notice.

Dated this the 6th day of June, 2019.

                                                   /s/ Clifton R. Jessup, Jr.
                                                   Clifton R. Jessup, Jr.
                                                   United States Bankruptcy Judge

This order prepared by

/s/ Brandon N. Smith_____
Brandon N. Smith, Attorney for the Debtors
Dezenberg & Smith, PC
908-C N Memorial Parkway
Huntsville, AL 35801
Phone: 256 533-5097
Order consented to by:

/s/ Michele Hatcher_____
Michele T. Hatcher
Chapter 13 Trustee
P.O. Box 2388
Decatur, AL 35602
Phone: 256-350-0442